**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| VISION BANK, ) | |
|     Plaintiff/Counterclaim-Defendant, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 10-00628-KD-M |
| ) | |
| LOUIS J. LANZA, III and ) | |
| C.J. MINOR, a/k/a Calvin J. Minor, ) | |
|     Defendants/Counterclaim-Plaintiffs. ) | |

**ORDER**

This matter is before the Court on the parties' Joint Motion to Extend Deadlines Associated with Plaintiff's Motion for Summary Judgment. (Doc. 32). The parties move the Court to continue the deadlines for defendants' response and plaintiff's reply until some time after the parties have completed mediation in this matter. The parties have informed the Court that such mediation is presently scheduled for September 28, 2011.

Upon consideration, the motion is **GRANTED**. Should the parties not settle their dispute at mediation, Defendants shall file their response to Plaintiff's summary judgment motion on or before **October 7, 2011**, and Plaintiff shall file its reply on or before **October 14, 2011**.

**DONE** and **ORDERED** this the **8th** day of **September 2011.**

                                          /s/ Kristi K. DuBose
                                          **KRISTI K. DuBOSE**
                                          **UNITED STATES DISTRICT JUDGE**