# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| VISION BANK, | ) |
|     Plaintiff/Counterclaim-Defendant, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 10-00628-KD-M |
| | ) |
| LOUIS J. LANZA, III and | ) |
| C.J. MINOR, a/k/a Calvin J. Minor, | ) |
|     Defendants/Counterclaim-Plaintiffs. | ) |

## JUDGMENT

In accordance with the Order granting Plaintiff Vision Bank's Motion for Partial Summary Judgment (Doc. 39) and the Order dismissing with prejudice Count Two of Vision Bank's complaint (Doc. 41), it is hereby **ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of Vision Bank and against Defendants/Counterclaim-Plaintiffs Louis J. Lanza, III and C.J. Minor.

Judgment is entered in the principal amount of $502,151.67, plus accrued interest in the amount of $59,689.82, and $8,199.96 of other charges and fees, for a total amount of **$570,041.45**, as of August 18, 2011, with interest continuing to accrue on the principal amount from August 18, 2011 until the date of this Judgment in the amount of $97.64 per diem.

**DONE** and **ORDERED** this the **7th** day of **December 2011.**

                                    /s/ Kristi K. DuBose
                                    **KRISTI K. DuBOSE**
                                    **UNITED STATES DISTRICT JUDGE**